# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| WAQAS ZIA MALIK, ) | |
| ) | |
| Movant, ) | |
| ) | Case Numbers: |
| vs. ) | CV-06-CLS-RRA-8025-NE |
| ) | CR-05-CLS-RRA-0354-NE |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

The magistrate judge entered a report and recommendation on October 6, 2006, recommending that the motion to vacate filed by Waqas Zia Malik be denied. The movant has filed objections to the report and recommendation. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the magistrate's report and recommendation is due to be adopted and approved. Accordingly, the court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. The motion to vacate is due to be DENIED. An appropriate order will be entered.

　Done this 7th day of November, 2006.

_____
United States District Judge